# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    Heather A. Larocque<br>Debtor, | Chapter: 13<br>Case No: 12–12358<br>Judge Joan N. Feeney |

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above **entitled case** was entered on 5/27/14 .

Date:6/12/14

By the Court,

Charlotte DiBenedetto
Deputy Clerk
617–748–5322

109